UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TRAPANI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CCS FINANCIAL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES; WACHOVIA EDUCATION FINANCE, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  3:09-CV-02737-JM-CAB<br><br>ORDER TO EXTEND TIME FOR DEFENDANT WACHOVIA EDUCATION FINANCE, INC. TO ANSWER COMPLAINT |

IT IS HEREBY ORDERED:

That defendant Wachovia Education Finance, Inc. will have to and including January 28, 2010 to file and serve its answer to the complaint.

Date:  January 20, 2010

_____
The Honorable Jeffrey T. Miller
Judge of the United States District Court,
Southern District of California

09cv2737