AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

**Elizabeth Trapani**

|  |  |
|---|---|
| **V.** | **JUDGMENT IN A CIVIL CASE** |

**CCS Financial Services, Inc, Wachovia Education Finance, Inc, DOES** *1 through 10 inclusive* , **Wells Fargo Education Finance, Inc.** , **Wells Fargo Bank, N.A, Does 2 through 10, Inclusive** , **Wells Fargo Bank, N.A.**

**CASE NUMBER:**   09-cv-02737-JM -BGS

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the case is hereby ordered dismissed without prejudice to refiling in state court. The court further orders that Plaintiff's pending motion to dismiss Defendant Wells Fargo's counterclaim be denied as moot. The Clerk of the Court is ordered to close the case file.............................................
..........................................................................................................................................................................

| January 27, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON January 27, 2011

09-cv-02737-JM -BGS